**Motion Granted; Appeals Dismissed and Memorandum Opinion filed August 23, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00772-CR
### NO. 14-17-00773-CR

---

### JEFFREY MICHAEL MCDONOUGH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 359th District Court
Montgomery County, Texas
Trial Court Cause Nos. 15-12-13012-CR; 17-04-05120-CR**

---

## M E M O R A N D U M   O P I N I O N

Appellant Jeffrey Michael McDonough has signed and filed a written request to withdraw his notices of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeals dismissed. We direct the clerk of the court

to issue the mandates of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby.
Do Not Publish – Tex. R. App. P. 47.2(b)